448 F.2d 654
 Roscoe DICKEY, Plaintiff-Appellant,
v.
SOUTHERN RAILWAY COMPANY, Defendant-Appellee.
 No. 71-2134 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 22, 1971.
 
 Appeal from the United States District Court for the Middle District of Georgia; William A. Bootle, Chief Judge.
 W. B. Mitchell, Forsyth, Ga., for plaintiff-appellant.
 Joseph H. Davis, Macon, Ga., for defendant-appellee; Harris, Russell & Watkins, Macon, Ga., of counsel.
 Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966